ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 622387

97

at _____

RECEIVED FROM Helen Dalton & Assoc

07 civ 6797 (DC)

JS 44C/SDNY
REV 12/2005

**PLAINTIFFS**
JO[...]
bel[...]

**ATTORNEYS**
Helen F. Dalt[...]
69-12 Austin
(718-263-969[...]
CAUSE OF ACT[...]
Title 29 U.S.[...]
costs & attor[...]

Has this or a sim[...]

If yes, was this c[...]

(PLACE AN [x] I[...]

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

INVOICE #79678
DATE\TIME: 7/27/2007 3:10:58 PM
CASHIER: SAYRA #3
STATION: 01
=========================================
1   COMPLAINT 4/06                    $350.00
    086900    $60.
    510000    $190.00
    086400    $100.00
=========================================
GRAND TOTAL                           $350.00

2007
.D.N.Y.
a[text]damages

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

DEPUTY CLERK:

DATE: _____ 20___    | Cash | Check | M O | Credit |

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OVERPAYMENT & ENFORCEMENT JUDGMENT
[ ] 151 MEDICARE A[CT]
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 246 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

[ ] 360 OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

[x] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
00 STATE REAPPORTIONMENT
10 ANTITRUST
30 BANKS & BANKING
50 COMMERCE/ICC RATES/ETC
60 DEPORTATION
70 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
80 CONSUMER CREDIT
90 CABLE/SATELLITE TV
110 SELECTIVE SERVICE
150 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ 150,000    OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO STATE:

JUDGE _____    DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

Dalton#27-1005

Case #07 CV 6797
7/27/07

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] *in a civil action | August 10, 2007   at   9:48 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert M. Serkes | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1240 Jerome Avenue, Bronx, NY 10457

The Tire Depot, Inc.

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Amando Juarez, Managing Agent, Auth. to Accept

Desc: White Male, Brown Hair, 35 yrs., 5'4, 170 lbs.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 10, 2007
                    Date

Signature of Server
Robert M. Serkes - #871450
Garden City S., NY

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR6031219
Qualified in Nassau County
Commission Expires August 1, 2010

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Dalton#27-L005
Case #07 CV 6797
7/27/07

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *in a civil action | DATE August 10, 2007    at    9:48 AM |
| NAME OF SERVER *(PRINT)* Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant   Place where served: c/o The Tire Depot, Inc.
1240 Jerome Avenue, Bronx, NY 10457
Jose A. Juarez, an individual

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Amando Juarez, Co-worker/Son

Desc: White Male, Brown Hair, 35 yrs., 5'4, 170 lbs.

☐ Returned unexecuted:

Mailing a copy 8/10/07
Personal and confidential

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 10, 2007
                       Date              Signature of Server

Robert M. Serkes - #871450
Garden City S., NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. JTR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure