## CERTIFICATION OF SERVICE BY ECF

RUTH M. POLLACK, AN ATTORNEY DULY ADMITTED TO PRACTICE LAW IN THE EASTERN DISTRICT OF THE STATE OF NEW YORK, UNDER THE PENALTIES FOR PERJURY, CERTIFIES AS FOLLOWS:

On May 29, 2008, I served the within Plaintiff's Letter Motion for Leave to File Answer

On Consent with Status Report Re: **Sandoval Canela v. The Tire Depot, Inc., et al.,**

**07CV6797** upon the following parties by ECF:

Helen F. Dalton & Assoc. PC
69-12 Austin Street
Forest Hills, NY 11375

Dated: Riverhead, New York
May 29, 2008

_____
RUTH M. POLLACK (RP1407)