**RUTH M. POLLACK, ESQ.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

May 29, 2008                                    ECF: 3

Via ECF and U.S. Mail
Judge Denny Chin
United States District Court
Southern District of New York
Room 1020
500 Pearl Street
New York, NY 10007-1312

Re: **Sandoval Canela v. The Tire Depot, Inc., et al., 07CV6797**

Dear Judge Chin:

I represent defendant above-referenced. As the Court may be aware, defendant has not filed its answer to the complaint. A notice of appearance is on file. This letter is written to advise the Court that I seek until June 13, 2008, ON CONSENT, to file the answer. Plaintiff's counsel and I have been in regular, cordial, repeated contact and communication since this case began. I understand that the Court has inquired of the timing of an answer and I wish to provide this status report.

I served a demand for disclosure on the Department of Labor on February 7, 2008. Last Friday, following a meeting with a representative of the Department, I received in the mail approximately 200 pages of materials. The materials were late in arrival apparently due to some inadvertence and moving of the Department.

In the interests of proper and thorough representation of my client, it is my opinion that I must review the materials to draft a proper answer and to proceed intelligently with the balance of the case. I wish to be well versed in the facts of the case, that until now have been unclear, so that I may be prepared to meet with the Court at the initial conference. This will now be possible.

Approved.
SO ORDERED,
USDJ
6/3/08


JUN 03 2008
JUDGE CHIN'S CHAMBERS

Please accept this letter as my request for reasonable time, under the circumstances.

Thank you.

Respectfully,

RUTH M. POLLACK (RP1407)
RMP: lb
Cc: Jose A. Juarez

...