```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

**RUTH M. POLLACK, ESQ.**
21 West Second Street • Suite 13
P.O. Box 120
Riverhead, New York 11901-0120
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

June 13, 2008
ECF: 5

Via ECF and U.S. Mail
Without Prejudice
Judge Denny Chin
United States District Court
Southern District of New York
Room 1020
500 Pearl Street
New York, NY 10007-1312

Re: **Sandoval Canela v. The Tire Depot, Inc., et al., 07CV6797**

Dear Judge Chin:

I represent defendant above-referenced. As the Court is aware, defendant has not filed its answer to the complaint and pursuant to my first application for enlargement granted by the Court on June 5, 2008, the answer is due today.

I am awaiting a return call from plaintiff's counsel, as he is in Court. I intend to tender an offer of settlement to him and, if possible, settle the case. This may require several days. In the interests of judicial economy and for all concerned, I must ask for a final enlargement until June 30, 2008 to file and serve our answer, in the event the case cannot be settled. On Wednesday of this week, I obtained authority to settle the case. I was delayed in Suffolk County Supreme Court most of the day yesterday and could not communicate to the Court earlier.

Thank you.

Respectfully,

RUTH M. POLLACK (RP1407)
RMP: lb
Cc: Jose A. Juarez
    Armando Juarez
    Helen F. Dalton, Esq. & Assoc. Via ECF and Mail

*Approved. SO ORDERED.*
*[signed] 6/20/08*

RECEIVED
JUN 1 9 2008
JUDGE CHIN'S CHAMBERS