**RUTH M. POLLACK, ESQ.**
**21 West Second Street • Suite 13**
**P.O. Box 120**
**Riverhead, New York 11901-0120**
Tel. 631- 591-3160
Fax. 631-591-3162
ruth@ruthmpollackesq.com

June 30, 2008                                               ECF: ___

Via ECF and U.S. Mail
Judge Denny Chin
United States District Court
Southern District of New York
Room 1020
500 Pearl Street
New York, NY 10007-1312

Re: **Sandoval Canela v. The Tire Depot, Inc., et al., 07CV6797**

Dear Judge Chin:

I represent defendant above-referenced. As the Court is aware, defendant has not filed its answer to the complaint and pursuant to my second application for enlargement granted by the Court on June 19, 2008, the answer is due today.

I regret that the case could not be settled. In addition, I must now apply to withdraw as defendant's legal counsel due to differences that cannot be resolved. I have had considerable difficulty reaching my client and receiving return calls within a reasonable time. He has indicated that he is operating under severe financial difficulties and this has made it impossible for me to prepare and mount a professional and powerful defense, with all of the many costs and expenses that entails, in my opinion as a seasoned trial attorney. I have advised that he retain new counsel immediately, because I do not wish to burden this Court, which I admire and respect, or to prejudice plaintiff's counsels with whom I have had the pleasure to work. I understand as of this afternoon, that defendant intends to retain new counsel.

Accordingly, I ask that the Court grant my application with no further action on my part, and to afford Mr. Sanchez and Tire Depot the time to have new counsel appear.

Thank you.

Respectfully,

RUTH M. POLLACK (RP1407)
RMP: lb
Cc: Jose A. Juarez
   Armando Juarez
   Helen F. Dalton, Esq. & Assoc. Via ECF and Mail
   ...