## CERTIFICATION OF SERVICE BY ECF

RUTH M. POLLACK, AN ATTORNEY DULY ADMITTED TO PRACTICE LAW IN THE EASTERN DISTRICT OF THE STATE OF NEW YORK, UNDER THE PENALTIES FOR PERJURY, CERTIFIES AS FOLLOWS:

On June 30, 2008, I served the within Plaintiff's Counsel's Letter Motion for Leave to be

Discharged Re: **Sandoval Canela v. The Tire Depot, Inc., et al., 07CV6797** upon the

following parties by ECF:

Helen F. Dalton & Assoc. PC
69-12 Austin Street
Forest Hills, NY 11375

Plaintiff A. Suarez and Tire Depot via Facsimile and U.S. Mail
Facsimile: 516-374-7402 c/o Steve Aisenbaum
3 Hooks Lane, No. 1
Edgewater, NJ 07020

June 30, 2008

_____
RUTH M. POLLACK (RP1407)