**Helen F. Dalton & Associates, PC**
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JONATHAN SANDOVAL CANELA, on his behalf
and on the behalf of others similarly situated

                    Plaintiffs,        Index #: **07-civ-6797 (RER) (SJ)**

   -against-

                                                **CLERCK'S CERTIFICATE**

THE TIRE DEPOT INC., and JOSE A. JUAREZ,
an individual,

                    Defendants.
_____/

1. I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that his action commenced on 7/27/07 with the filing of the Summons and Complaint. A copy of the summons and complaint was served by personal delivery on:
   i. Defendant Tire Depot, Inc., by personally delivering it to 1240 Jerome Ave., Bronx, NY 10457 and handing to Amando Juarez, the Co-Worker/Son on 8/10/07 at 9:48 AM.
   ii. Defendant Jose Juarez, an individual, by leaving Summons and Complaint with Amando Juarez, the Co-Worker/Son on 8/10/07 at 9:48 AM.
2. Proof of Service thereof was filed on 8/10/07.
3. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

_____

                                        J. MICHAEL MCMAHON

                                        Clerk of the Court

BY:_____

                                        Deputy Clerk