Law Offices of Steven I. Hilsenrath
Steven I. Hilsenrath (SIH 5604)
1803 Gravesend Neck Road
Brooklyn, New York 11229
(718) 615-4550


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JONATHAN SANDOVAL CANELA, on behalf
and on the behalf of others similarly
situated

                               **NOTICE OF APPEARANCE**

                    Plaintiff,

    -against-                    Index No:07-CIV-797(SJ)(RER)

                               ECF Case

THE TIRE DEPOT INC. and JOSE A JUAREZ,
an individual,

                  Defendants.
---------------------------------------X

    PLEASE TAKE NOTICE, that The Law Offices of Steven I. Hilsenrath, hereby appears as attorneys for defendants THE TIRE DEPOT INC. and JOSE A. JUAREZ, in the above entitled Action.


Dated: Brooklyn, New York
       July 18, 2008

                                 Law Offices of Steven Hilsenrath
                                 Steven I. Hilsenrath (SIH 5604)
                                 Attorneys for Defendants
                                 1803 Gravesend Neck Road
                                 Brooklyn, New York 11229
                                 (718) 615-4550


To:Helen F. Dalton and Assoc. P.C.
   Roman Avshalumov (RA 5508)
   Attorneys for Plaintiff
   69-12 Austin Street
   Forest Hills, New York 11375
   (718) 263-9591