Law Offices of Steven I. Hilsenrath
Steven I. Hilsenrath (SIH 5604)
Attorneys for the Defendants
1803 Gravesend Neck Road
Brooklyn, New York 11229
718-615-4550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JONATHAN SANDOVAL CANELA, on behalf
and on the behalf of others similarly
situated                                        **RULE 7.1 STATEMENT**
                Plaintiff,

  -against-                                    Case NO: 07-CIV-6797(SJ)(RER)

THE TIRE DEPOT INC. and JOSE A. JUAREZ
an individual,

                Defendant.

-----------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, counsel for the defendants, certifies that TIRE DEPOT, INC. Has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: Brooklyn, New York
       August 7, 2008

                              Law Offices of Steven Hilsenrath
                              Steven I. Hilsenrath (SIH 5604)
                              Attorneys for Defendants
                              1803 Gravesend Neck Road
                              Brooklyn, New York 11229
                              718-615-4550

To: Helen F. Dalton and Assoc. P.C.
    Roman Avshalumov (RA 5508)
    Attorneys for Plaintiff
    69-12 Austin Street
    Forest Hills, New York 11375
    718-263-9591